IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON A. GAZA

      Plaintiff Pro Se,

vs.                                                            CASE NO:  8:12-cv-00556

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

      COMES NOW Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC, by and through its undersigned counsel, hereby notifies the Court that a compromise settlement has been reached between the parties and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit within the next thirty (30) days.

Respectfully submitted this **17th** day of **August, 2012**.

      Respectfully Submitted,

      /s/ *Mary Grace Dyleski*
      ERNEST H. KOHLMYER, III
      Florida Bar No. 0110108
      MARY GRACE DYLESKI
      Florida Bar No. 0143383

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **August 17, 2012,** with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to:

        Jason A. Gaza, *Plaintiff Pro Se*
        11628  Pilot Country Drive
        Spring Hill, FL 34610[1]
        gizmosdaddy.gaza@gmail.com


    /s/ *Mary Grace Dyleski*
    ERNEST H. KOHLMYER, III
    Florida Bar No. 0110108
    MARY GRACE DYLESKI
    Florida Bar No. 0143383
    South Milhausen, P.A.
    Gateway Center
    1000 Legion Place, Suite 1200
    Orlando, Florida  32801
    407-539-1638  Fax: 407-539-2679
    skohlmyer@southmilhausen.com
    Attorneys for Defendant, CACH, LLC

---

[1] A copy has also been mailed via U.S. Mail to the address until such time as Plaintiff Pro Se has been admitted to utilize the electronic filing system.