UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON A. GAZA,

    Plaintiff,

v.                                        CASE NO.: 8:12-cv-556-T-23TBM

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

**ORDER**

The defendant announces (Doc. 20) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on August 20, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE